**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZHIHAO ZHENG,

    Plaintiff,

    v.

ALBERTO GONZALES, et al.,

    Defendants.

No. C 06-03995 JSW

**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE**

Plaintiff Zhihao Zheng filed a petition for hearing on naturalization application under 8 U.S.C. § 1447(b). IT IS HEREBY ORDERED that Defendants shall file responsive papers to the petition by July 21, 2006. Plaintiff may file a reply by August 4, 2006. IT IS FURTHER ORDERED that a hearing on the petition, if necessary, shall be conducted on September 1, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 7, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE