**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   ZHIHAO ZHENG,

10          Plaintiff,                          No. C 06-03995 JSW

11   v.

12   ALBERTO GONZALES, et al.,                 **ORDER SETTING HEARING
                                                DATE AND BRIEFING**
13          Defendants.                         **SCHEDULE**
                                     /
14

15          Plaintiff Zhihao Zheng filed a petition for hearing on naturalization application under 8

16   U.S.C. § 1447(b).  IT IS HEREBY ORDERED that Defendants shall file responsive papers to

17   the petition by July 21, 2006.  Plaintiff may file a reply by August 4, 2006.  IT IS FURTHER

18   ORDERED that a hearing on the petition, if necessary, shall be conducted on September 1,

19   2006 at 9:00 a.m.

20

21          **IT IS SO ORDERED.**

22

23   Dated:  July 7, 2006          _____
                                    JEFFREY S. WHITE
24                                  UNITED STATES DISTRICT JUDGE

25
26
27
28