1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-7169

7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | ZHIHAO ZHENG,

13 | Plaintiff, | No. C 06-3995 JSW

14 | v.

15 | ALBERTO GONZALES, United States Attorney General; | **STIPULATION TO DISMISS AND [PROPOSED] ORDER**
16 | MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
17 | EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services;
18 | DAVID N. STILL, San Francisco District Director; United States Citizenship and
19 | Immigration Services;
ROBERT S. MUELLER, Director of Federal
20 | Bureau of Investigation,

21 | Defendants.

22

23 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25 | action without prejudice in light of the fact that the United States Citizenship and Immigration

26 | Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

27 | adjudicate such application within 30 days of the dismissal of this action.

28 |     Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C 06-3995 JSW

| | | |
|---|---|---|
| 1 | Date: July 20, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

                                                  /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July 20, 2006                                  /s/
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 24, 2006                   _____
JEFFREY S. WHITE
United States District Judge

Stipulation to Dismiss
C 06-3995 JSW